NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1474

OURPET'S COMPANY,

Appellant,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

APPLICA CONSUMER PRODUCTS, INC.,

Intervenor,

and

WATERS RESEARCH COMPANY,

Intervenor.

On appeal from the United States International Trade Commission in Investigation No. 337-TA-625.

ON MOTION

Before GAJARSA, <u>Circuit Judge</u>.

<u>O R D E R</u>

Applica Consumer Products, Inc. and Waters Research Company move without opposition for leave to intervene.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

SEP 17 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Paul V. Storm, Esq.
      Mark B. Rees, Esq.
      Jeffrey D. Mills, Esq.
      Vance L. Liebman, Esq.

s20



FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 17 2009

JAN HORBALY
CLERK

2009-1474                    - 2 -